UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

CHONG XIONG,

      Petitioner,

     v.                                 CAUSE NO. 3:26cv1014 DRL-SJF

MARKWAYNE MULLIN, SAMUEL
OLSON, and WARDEN,

      Respondents.

## ORDER

Immigration detainee Chong Xiong, by counsel, filed a joint motion to voluntarily dismiss his habeas corpus petition under Federal Rule of Civil Procedure 41(a)(2). He says he was released from custody on July 23, 2026. In the interest of justice, the motion will be granted.

For these reasons, the motion [7] is GRANTED, and this action is DISMISSED WITHOUT PREJUDICE pursuant to Federal Rule of Civil Procedure 41(a)(2). The clerk is DIRECTED to close the case.

SO ORDERED.

July 30, 2026

*s/ Damon R. Leichty*
Judge, United States District Court